1

2

3

4

5

6                 **IN THE UNITED STATES DISTRICT COURT**

7                     **FOR THE DISTRICT OF ARIZONA**

8

9    Delaney Nelson,                          No. CV-22-01318-PHX-MTL (ESW)

10              Plaintiff,                      **ORDER**

11   v.

12   David Shinn, et al.,

13              Defendants.

14

15          Before the Court is the Report and Recommendation of the Magistrate Judge ("R &

16   R") (Doc. 34) recommending that Defendant Hofer be dismissed without prejudice.

17   Plaintiff has not filed any objections to the R & R.

18          In reviewing an R & R, the Court "may accept, reject, or modify, in whole or in part,

19   the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

20   "[T]he district judge must review the magistrate judge's finding and recommendations de

21   novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114,

22   1121 (9th Cir. 2003) (en banc) (emphasis in original); *see Thomas v. Arn*, 474 U.S. 140,

23   149 (1985) (finding that the District Court need not conduct "any review at all . . . of any

24   issue that is not the subject of an objection"). No objections having been received, the Court

25   will accept and adopt the R & R in its entirety.

26   . . .

27   . . .

28   . . .

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 34) is **accepted**.

**IT IS FURTHER ORDERED** that Defendant Hofer is dismissed from this case **without prejudice**.

Dated this 24th day of May, 2023.

Michael T. Liburdi
United States District Judge

- 2 -